UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20481
_____

Henry SKINNER,

Plaintiff-Appellant,

V.

Steve Carey STAPLES, et al.

Respondents-Appellees.

_____

Appeal from the United States District Court
For the Southern District of Texas
(H-99-0603)
_____

March 7, 2002

Before ALDISERT[*], DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[**]

Plaintiff-appellant Henry Skinner appeals from the district court's grant of summary judgment in favor of the defendants in his § 1983 suit against various prison officials. We affirm the judgment of the district court essentially for the reasons stated in Judge Rosenthal's thorough opinion of March 31, 2001.

AFFIRMED.

_____

[*]Circuit Judge of the Third Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.